■ CELIA DUFFY, Individually and as Executrix of JOSEPH DUFFY, Deceased, Appellant, v HORTON MEMORIAL HOSPITAL et al., Defendants and Third-Party Plaintiffs-Appellants. JEANNE GREENBERG et al., as Executrices of ISIDORE GREENBERG, Deceased, Third-Party Defendants-Respondents. — Motions for reargument denied without costs.

Motions for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion, ought to be reviewed by the Court of Appeals: "Was the order of Special Term, as affirmed by this court, correct as a matter of law?" Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

■ In the Matter of JULIO A. RODRIGUEZ, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, et al., Respondents. — Motion for permission to appeal from order, treated as an application, pursuant to CPLR 5704 (a), to review an order of Supreme Court at Special Term, which denied petitioner's application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (*see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.